UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

LINDA F. WILLIAMS,            )    CHAPTER 7
                              )    CASE NO. 11-10709
    DEBTOR.                   )

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED AND SERVED UPON THE MOVING PARTY WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT, P.O. BOX 1248, MONTGOMERY, ALABAMA 36102.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for: **[Motion to Redeem pursuant to 11 U.S.C. Section 722]**

## MOTION TO REDEEM COLLATERAL FROM
## HEILIG MEYERS aka ROOMSTORE EAST aka HSBC

COMES NOW the Debtor, by and through her undersigned attorney, and submits the instant Motion to Redeem the collateral which secures the following items with Heilig Meyers aka Roomstore East aka HSBC based upon the following grounds:

(1) The Debtor is presently in possession of a bedroom suite which is subject to a purchase money security interest of Heilig Meyers aka Roomstore East aka HSBC .

(2) The Debtor would aver that she has been contacted by Bass & Associates on behalf of Heilig Meyers aka Roomstore East aka HSBC and they have agreed to accept $375.00 for the redemption of this collateral.

(3) The Debtor has informed her undersigned attorney she would propose to pay to Heilig Meyers aka Roomstore East aka HSBC the lump sum of $375.00 in order to redeem the subject bedroom suite from the security interest of Heilig Meyers aka Roomstore East aka HSBC

WHEREFORE, as permitted by Section 722 of the Bankruptcy Code the Debtor prays that the Court will determine the value of $375.00 is a fair market value for the bedroom suite pledged

as collateral to Heilig Meyers aka Roomstore East aka HSBC and will direct Heilig Meyers aka Roomstore East aka HSBC to accept this value, or whatever value is determined to be reasonable by the Court, in a lump sum as and for a full release of any security interest or the lien in this particular collateral while granting such other and further relief as is just.

Respectfully submitted this 23rd day of October, 2013.

ESPY, METCALF & ESPY, P.C.

/s/Cameron A. Metcalf
Cameron A. Metcalf
ATTORNEY FOR DEBTOR
Post Office Drawer 6504
Dothan, Alabama 36302-6504
(334) 793-6288
(334) 712-1617
cam@espymetcalf.com

## Certificate of Service

It is hereby certified that service of the foregoing Motion to Redeem Collateral has been made this 23rd day of October, 2013, by depositing copies thereof in the United States Mail, first class postage, prepaid, and/or by e-mail addressed to the following:

William C. Carn, III
Chapter 7 Trustee
Post Office Box 173
Dothan, Alabama 36302

Heilig Meyers aka Roomstore East aka HSBC
c/o Bass & Associates, PC
3936 East Fort Lowell Road, Ste 200
Tuscon, AZ 85712-1083

Linda Williams
314 Brushfire Drive
Dothan, Alabama 36305

/s/Cameron A. Metcalf
Cameron A. Metcalf