UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

| | |
|---|---|
| In re | Case No. 11–10709<br>Chapter 7 |
| Linda F. Williams | |
|     Debtor | |

**ORDER**

This case is before the court on the following matter:

*47* – Rule 9007 Motion/Notice/Objection: Motion to Redeem Collateral from Heilig Meyers aka Roomstore East aka HSBC filed by Cameron A. Metcalf on behalf of Linda F. Williams. Responses due by 11/18/2013. (Metcalf, Cameron)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

    Done this 19th day of November, 2013.

                                                  /s/ Honorable Dwight H. Williams Jr.
                                                  United States Bankruptcy Judge